UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FANCASTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION, COMCAST INTERACTIVE MEDIA, LLC and COMCAST MANAGEMENT, LLC, <br><br> Defendants/ Counterclaimants/ Third Party Plaintiffs, <br><br> vs. <br><br> FANCASTER, INC. sometimes d/b/a "TARGET WIRELESS", <br><br> Counter-Defendant, <br><br> and <br><br> CRAIG KRUGER, <br><br> Third-Party Defendant. | Case No: 08 Civ. 02922 (JAG)(ES) <br><br> **PLAINTIFF/COUNTER-DEFENDANT/THIRD PARTY DEFENDANTS' MOTION TO EXTEND DEADLINE FOR RESPONSES TO DEFENDANT/COUNTERCLAIMANTS/THIRD-PARTY PLAINTIFFS' DISCOVERY REQUESTS** |

COME NOW the Plaintiff/Counter-Defendant/Third-Party Defendant, by and through their attorney of record, Glenn A. Bergenfield of Glenn A. Bergenfield, P.C. and William J. Janklow and Kimberly J. Lanham of Janklow Law Firm, Prof. L.L.C., and hereby respectfully move this Honorable Court for an Order extending the January 12, 2009 discovery response deadline set forth in the Court's December 5, 2008 Pretrial Scheduling Order to Tuesday,

1

January 20, 2009. The Defendant/Counterclaimants/Third-Party Plaintiffs' have consented to this motion as can be seen from the parties' Stipulation that is filed herewith.

WHEREFORE, the Plaintiff/Counter-Defendant/Third-Party Defendant respectfully request that this Honorable Court grant their Motion to Extend the Deadlines for Responses to Defendant/Counterclaimants/Third-Party Plaintiffs' Discovery Requests.

Dated this 12 day of January, 2009.

GLENN A. BERGENFIELD, P.C.

By _____
Glenn A. Bergenfield, Esq. (GAB0032)
212 Carnegie Center, Suite 102
Princeton, New Jersey 08540
(609) 951-0088
Facsimile: (609) 951-9111
Email: Glenn@LegalMalpractice-nj.com

-and-

## JANKLOW LAW FIRM, PROF. L.L.C.

William J. Janklow (admitted *pro hac vice*)
Kimberly J. Lanham (admitted *pro hac vice*)
1700 W. Russell Street
Sioux Falls, SD 57104
(605) 332-0101
Email: william.janklow@janklowlaw.com
       kim@janklowlaw.com

*Attorneys for Fancaster, Inc., Fancaster, Inc., sometimes d/b/a "Target Wireless", and Craig Krueger*

So Ordered
[signature]
1/22/09

2