MICHAEL S. STEIN, ESQ.
SEAN MACK, ESQ.
**PASHMAN STEIN**
A Professional Corporation
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200

*Attorneys for Plaintiff and Third Party Defendant*
  FANCASTER, INC. and CRAIG KRUEGER

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FANCASTER, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMCAST CORPORATION, COMCAST INTERACTIVE MEDIA, LLC and COMCAST MANAGEMENT, LLC,<br><br>    Defendants/Counterclaimants<br>     Third Party Plaintiffs<br><br>  vs.<br><br>FANCASTER, INC. sometimes d/b/a "TARGET WIRELESS",<br><br>    Counterclaim-Defendant,<br><br>  and<br><br>CRAIG KRUEGER,<br><br>    Third-Party Defendant. | Case No: 08 Civ. 02922 (SDW-ES)<br><br><br><br><br><br><br><br>**DECLARATION OF MITCHELL J. MATORIN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT AND FOR A RELATED CASE MANAGEMENT ORDER** |

I, Mitchell J. Matorin, depose and state as follows:

  1.    I am co-lead counsel for Plaintiff Fancaster, Inc. and Third-Party Defendant Craig Krueger.  I make this Declaration on personal knowledge in support of Plaintiff's Motion for Leave to File a Supplemental Complaint and for a Related Case Management Order.

1

2.	Attached as Exhibit 1 is a true and correct copy of a Comcast Press Release dated December 15, 2009, retrieved from http://www.comcast.com/About/PressRelease/PressReleaseDetail.ashx?prid=946 on May 21, 2010.

3.	Attached as Exhibit 2 is a true and correct copy of a post on the official Comcast blog dated December 15, 2009, retrieved from http://blog.comcast.com/2009/12/fancast-xfinity-tv-national-beta-launch-a-guide-to-get-started.html on May 21, 2010.

4.	Attached as Exhibit 3 is a true and correct copy of a page from Comcast's website entitled "What is the difference between Fancast and Fancast XFINITY TV?, retrieved from http://customer.comcast.com/%28S%28k5zftvjf1k140lvmrkk1022x%29%29/Pages/FAQViewer.aspx?Guid=0a99060b-3173-4e07-bb0c-0ce0a7c492d6 on May 21, 2010.

5.	Attached as Exhibit 4 is a true and correct copy of a page from the Fancast.com website retrieved from http://www.fancast.com/full_episodes on May 21, 2010.

6.	Attached as Exhibit 5 is a true and correct copy of a page from the Fancast.com website retrieved from http://www.fancast.com/movies retrieved on May 21, 2010.

7.	Attached as Exhibit 6 is a true and correct copy of a page from http://thefastertimes.com/cyberlaw/2009/12/16/tv-everywhere-a-pivotal-moment-in-the-history-of-television/ retrieved on May 21, 2010.

8.	Attached as Exhibit 7 is a true and correct copy of a page from http://www.lightreading.com/document.asp?doc_id=191040&site=lr_cable retrieved on May 21, 2010.

9.	Attached as Exhibit 8 is a true and correct copy of a page from Comcasts' website retrieved from http://www.comcast.net/on-demand-online/ on May 21, 2010.

10.	Attached as Exhibit 9 is a true and correct copy of the Fancaster.com home page located at www.fancast.com showing a pop-up box, as retrieved on May 3, 2010..

11.	Attached as Exhibit 10 is a true and correct copy of a page from the Fancast.com website retrieved from http://www.fancast.com/tv-networks on May 21, 2010.

12.	Attached as Exhibit 11 is a true and correct copy of a page from the Fancast.com website retrieved from http://www.fancast.com/tv/The-Pacific/101664/1481111487/The-Pacific-Part-Ten-%28HBO%29/videos on May 21, 2010.

13.	Attached as Exhibit 12 is a true and correct copy of a page from the Mulitchannel News outlet dated December 21, 2009, retrieved from http://www.multichannel.com/article/441190-Comcast_Counts_To_Xfinity_.php on May 20, 2010.

14. Attached as Exhibit 13 is a true and correct copy of a page from the Fancast.com website retrieved from http://www.fancast.com/tv/Bones/94501/1499514034/The-Beginning-in-the-end videos on May 21, 2010.

15. Attached as Exhibit 14 is a true and correct copy of Comcast Press Release dated May 11, 2010, retrieved from http://www.comcast.com/About/PressRelease/PressReleaseDetail.ashx?PRID=990 on May 21, 2010.

16. Attached as Exhibit 15 is a true and correct copy of a page from the Fancast.com website located at http://store.fancast.com/movies/1457439995, retrieved on May 21, 2010.

17. Attached as Exhibit 16 is a true and correct copy of a web page retrieved from http://www.prnewswire.com/news-releases/comcast-hometown-network-to-televise-25-northern-california-basketball-games-80704397.html on May 21, 2010.

18. Attached as Exhibit 17 is a true and correct copy of a web page retrieved from http://www.multichannel.com/article/447475-Updated_Comcast_To_Launch_Xfinity_Rebranding_Campaign.php on May 21, 2010.

19. Attached as Exhibit 18 is a true and correct copy of a a web page retrieved from http://www.multichannel.com/article/447475-Updated_Comcast_To_Launch_Xfinity_Rebranding_Campaign.php on May 21, 2010.

20. Attached as Exhibit 19 is a true and correct copy of a web page retrieved from http://www.xfinitycom /Customer.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 21, 2010

_____

Mitchell J. Matorin