UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FANCASTER, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> COMCAST CORPORATION, et al. <br><br>  Defendants/ <br>  Counterclaimants <br>  Third Party Plaintiffs <br><br> vs. <br><br> FANCASTER, INC. sometimes d/b/a "TARGET WIRELESS", <br><br>  Counter-Defendant, <br><br> and <br><br> CRAIG KRUEGER, <br><br>  Third-Party Defendant. | Civ. No: 08-02922 (GEB)(ES) <br><br><br><br><br><br><br><br><br><br> **ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND RELATED CASE MANAGEMENT ORDER** <br> **(Proposed)** |

This matter having been brought before the Court by motion of counsel for plaintiff seeking leave to file a supplemental complaint and for entry of related case management order; and the Court having considered the moving papers, the opposition; and good cause appearing therefore

**IT IS** on this ___th day of June ___, 2010,

**ORDERED** that the motion is granted; and it is further

**ORDERED** that plaintiff is hereby authorized to file the proposed supplemental complaint within seven days of the date of this order; and it is further

**ORDERED** that the following case management order shall apply upon entry of this Order:

    (i) Plaintiff shall be allowed to serve no more than 5 interrogatories and 10 document requests within 5 days of the Court's order;

    (ii) Defendants shall respond to said discovery requests within 30-days of service;

    (iii) Following defendants' responses to interrogatories and production of documents, Plaintiff shall have a 60-day period to notice and conduct no more than 4 depositions of Comcast witnesses, including of a corporate designee pursuant to Rule 30(b)(6);

    (iv) Following the conclusion of the above 45-day period, the parties shall have 30-days to exchange expert reports addressing the issues raised in the newly added portions of the Supplemental Complaint;

    (v) A status conference shall be held on _____;

_____
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**